ORDER

PER CURIAM.

James Rues appeals the circuit court's denial of his motion to set aside a default judgment ordering him to reimburse the State for the costs of his incarceration. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the circuit court's judgment.

AFFIRMED. Rule 84.16(b).

Order

PER CURIAM:

D.W. appeals the judgment of the Circuit Court of Jackson County, Family Court Division, terminating her parental rights to J.W. and K.W. pursuant to section 211.447, RSMo Cum.Supp.2010. Finding no error, we affirm the judgment and have provided the parties with a memorandum of law explaining our ruling. Rule 84.16(b).

■

In The Interest of: J.W. and K.W.

Juvenile Officer, Respondent,

v.

D.W. (Mother), Appellant.

No. WD 73777.

Missouri Court of Appeals,
Western District.

Nov. 1, 2011.

Felicia ANTHONY, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

No. WD 73489.

Missouri Court of Appeals,
Western District.

Nov. 8, 2011.

Bryan E. Round, Kansas City, MO, for Appellant.

Lori L. Stipp, Kansas City, MO, for Respondent.

Katherine J. Rodgers, Kansas City, MO, Guardian ad litem.

Before Division II: MARK D. PFEIFFER, Presiding Judge, and VICTOR C. HOWARD and CYNTHIA L. MARTIN, Judges.